**IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ANGELA ANN POWELL, HENRY CHRISTOPHER POWELL** | * |
| | * |
| Plaintiffs, | * |
| vs. | * CIVIL ACTION NO.:2018-cv- 0041 |
| | * |
| **WAL MART STORES, INC.** | * |
| Defendant | * |
| | * |

## COMPLAINT

COME NOW the Plaintiffs, by and through their counsel of record, and hereby files their Complaint against Defendant, WAL-MART STORES, INC. (hereinafter Wal-Mart), as follows:

## First Cause of Action

COMES NOW the Plaintiff, ANGELA ANN POWELL, by and through her attorney of record, and hereby alleges against the Defendant, WAL-MART STORES, INC., as follows:

1. On or about March 13, 2016, at approximately 5:00 p.m., Plaintiff, Angela Powell, entered upon the Defendants' premises located at 2578 Douglas Ave., Brewton, AL 36426. The Plaintiff was a business invitee of the Defendants on the aforementioned date.

2. While on the premises of Wal-Mart, the Plaintiff, Angela Powell, was caused to slip and fall due to a foreign substance on the floor, underneath a mat that was placed on top of the foreign substance.

3. The Defendant created the hazardous condition which proximately caused the Plaintiff to fall.

4. The Defendant knew or should have known of the existence of the foreign substance and the hazard which it produced to the Plaintiff and other business invitees.

5. Notwithstanding the Defendants' knowledge and/or notice of said hazardous condition, the Defendant failed to correct the hazardous condition or otherwise warn the Plaintiff of the hazardous condition.

6. The acts and/or omissions of the Defendant constitutes negligent conduct.

7. As a direct and proximate consequence of the Defendants' negligence, Plaintiff, ANGELA POWELL, was caused to suffer the following injuries and damages:

    a. Past and future pain and suffering;

    b. Past and future mental anguish;

    c. Past and future medical expenses;

    d. Permanent injury, disfigurement, and disabilities; and

    e Past and future lost wages and/or earning capacity.

WHEREFORE, the above-premises considered, Plaintiff, ANGELA POWELL demands judgment against the Defendant for compensatory damages in excess of the jurisdictional limits of this Court, plus interest and costs.

## Second Cause of Action

COMES NOW the Plaintiff, ANGELA POWELL, and alleges against the Defendant as follows:

8. Plaintiff re alleges and incorporates herein each and every preceding paragraph as if fully set forth herein and further alleges as follows:

9. The acts and/or omissions of the Defendant constitute wanton conduct.

10. As a direct and proximate consequence of the Defendants' wanton conduct, the Plaintiff, ANGELA POWELL, was injured and damaged as set forth herein above.

11. WHEREFORE, the above-premises, the Plaintiff, ANGELA POWELL, demands judgment against the Defendant for compensatory and punitive damages in excess of the jurisdictional limits of this Court, plus interest and costs.

## Third Cause of Action

COMES NOW the Plaintiff, HENRY CHRISTOPHER POWELL, and alleges against the Defendant as follows:

12. The Plaintiff re alleges and incorporates herein each and every preceding paragraph as if fully set forth herein and further alleges as follows:

13. As a direct and proximate consequence of the Defendants' wrongful conduct as set forth herein above, Plaintiff was caused to lose the care, society, and consortium of his wife, ANGELA POWELL, in the past, and will so continue to suffer such loss in the future.

WHEREFORE, the above-premises considered, the Plaintiff, HENRY CHRISTOPHER POWELL, demands judgment against the Defendant for compensatory and punitive damages in excess of the jurisdictional limits of the Court, plus interest and costs.

Respectfully submitted,

TAYLOR, MARTINO, P.C.
Attorneys for the Plaintiff,

*/s/ W. Bradford Kittrell*
W. BRADFORD KITTRELL (KITTW3444)
Post Office Box 894
Mobile, Alabama 36601
PH: 251/433-3131
FX: 251/405-5080


DEFENDANT MAY SERVED VIA CERTIFIED MAIL AS FOLLOWS:


WAL MART STORES, INC.
c/o CT Corporation System
2 North Jackson St., Ste. 605
Montgomery, AL .36104

4