IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA ANN POWELL | * | |
| HENRY CHRISTOPHER POWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 1:18-cv-00041-KD-N |
| | * | |
| | * | |
| WAL-MART STORES, INC. | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

## WALMART'S MOTION FOR SUMMARY JUDGMENT

Defendant WAL-MART STORES EAST, LP, (hereinafter "Walmart") incorrectly identified in Plaintiff's Complaint as "WAL-MART STORES, INC." moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for entry of summary judgment in its favor as to all claims asserted against it, and as grounds for this motion, represents and shows unto this Court that there is no genuine issue of material fact and Walmart is entitled to judgment as a matter of law. Sam's submits this Motion for Summary Judgment, and in further support thereof would submit the following, to-wit:

1. Walmart's Brief in Support of Summary Judgment, including the attached supporting exhibits.

/s/ Chad C. Marchand
W. PEMBLE DELASHMET (ASB-0873-H57W)
wpd@delmar-law.com
CHAD C. MARCHAND (ASB-5089-C65M)
ccm@delmar-law.com
JON D. ROBERTS (ASB-5936-B14Y)
jdr@delmar-law.com
Attorneys for Defendant Wal-Mart Stores East, LP

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL 36652
Telephone: (251) 433-1577
Facsimile: (251) 433-1578

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or by U.S. First Class Mail, hand delivery, fax or email on this the 9th day of January, 2019.

W. Bradford Kittrell
Taylor Martino, P.C.
Post Office Box 894
Mobile, Alabama 36601
BKittrell@taylormartino.com

/s/ Chad C. Marchand
OF COUNSEL

2