**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANGELA ANN POWELL, *et al.*,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION: 1:18-00041-KD-N** |
| | ) | |
| **WAL-MART STORES EAST, L.P.,** | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Order granting summary judgment issued on this date, it is

**ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of Defendant Wal-

Mart Stores East, L.P., and against Plaintiffs Angela Ann Powell and Henry Christopher Powell.

**DONE** and **ORDERED** this the **12**th day of **February 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**